TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Mike Rudder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Rudder, | Case No.: 2:17-cv-02948-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant

1

1 | Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within
2 | 60 days.
3 |
4 | DATED: October 24, 2017				KENT LAW OFFICES
5 |
6 |						By:   /s/   Trinette G. Kent
7 |						Trinette G. Kent
						Attorneys for Plaintiff,
8 |						Mike Rudder