IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Rudder,<br><br>         Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>         Defendants. | No. CV-17-02948-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice (Doc. 23),

IT IS ORDERED granting the Stipulation (Doc. 23) and dismissing this action <u>as to Defendant Experian Information Solutions, Inc. only</u> with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate Defendant Experian Information Solutions, Inc.

Dated this 13th day of November, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge