TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Mike Rudder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Rudder, | Case No.:  2:17-cv-02948-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC, ONLY** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a

1

1  Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY,

2  pursuant to Fed. R. Civ. P. 41(a) within 60 days.

3

4   DATED: August 2, 2018                        KENT LAW OFFICES

5

6                                                By:   /s/   *Trinette G. Kent*
                                                 Trinette G. Kent
7                                                Attorneys for Plaintiff,
8                                                Mike Rudder