TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Mike Rudder*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Rudder, | Case No.: 2:17-cv-02948-DJH |
| Plaintiff, | Hon. Diane J. Humetewa |
| vs. | |
| Experian Information Solutions, Inc., et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC, ONY** |
| Defendants. | |

Plaintiff and Defendant Trans Union, LLC, through counsel undersigned and

pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may

1

be dismissed with prejudice against Defendant Trans Union, LLC, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this ___th day of September, 2018

KENT LAW OFFICES

By: __/s/ Trinette G. Kent__
Trinette G. Kent
*Attorney for Plaintiff*

COHEN DOWN QUIGLEY

__/s/ J. Neil Stuart w/ consent__
Daniel P. Quigley
J. Neil Stuart
*Attorneys for Trans Union, LLC*