# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mike Rudder,<br><br>            Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>            Defendants. | No. CV-17-02948-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc.53), and the parties' Notice of Errata re: Stipulation of Dismissal (Doc. 54), both filed on September 13, 2018,

**IT IS ORDERED** approving the Stipulation (Doc. 53) and Notice of Errata re: Stipulation of Dismissal (Doc. 54) and dismissing this action as to **Defendant Trans Union, LLC only**, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendant Trans Union, LLC.

Dated this 17th day of September, 2018.

*[signature]*
Honorable Diane J. Humetewa
United States District Judge